**AKIN GUMP STRAUSS HAUER & FELD LLP**
GREGORY W. KNOPP (SBN 237615)
MARK R. CURIEL (SBN 222749)
GALIT A. KNOTZ (SBN 252962)
gknopp@akingump.com
mcuriel@akingump.com
gknotz@akingump.com
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:    310-229-1000
Facsimile:    310-229-1001

Attorneys for Defendant STARBUCKS
CORPORATION dba STARBUCKS COFFEE
COMPANY


**APPLETON, MAGNANIMO & DEAN LLP**
Heather Appleton, Esq. (SBN 162283)
Cherryl F. Cercado (SBN 249990)
happleton@amdlawyers. com
ccercado@amdlawyers. com
11400 W. Olympic Boulevard, Suite 650
Los Angeles, California 90064
Telephone:    (310) 474-7022
Facsimile:    (310) 474-7023

Attorneys for Plaintiff JONATHAN SCOTT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN SCOTT,<br><br>            Plaintiff,<br><br>    vs.<br><br>STARBUCKS CORPORATION dba STARBUCKS COFFEE COMPANY, a Washington corporation; and DOES 1 through 50, inclusive,<br><br>          Defendants. | Case No. CV10-2059 CAS (AJWx)<br><br>**ORDER REGARDING PROTECTION OF CONFIDENTIAL INFORMATION**<br><br>Date Action Filed:  January 15, 2010<br><br>Date Action Removed:    March 22, 2010 |

1    The Court, having considered the Stipulation for Protective Order re Confidential
2    Discovery Material ("Stipulation") submitted by Defendant Starbucks Corporation
3    ("Defendant") and plaintiff Jonathan Scott ("Plaintiff"), and finding good cause shown,
4    hereby orders as follows:
5        The terms set forth in the Stipulation shall be implemented.
6
7        IT IS SO ORDERED
8
9
10   Dated:   __10/14/2010          By: _____
11                                     Hon. Andrew J. Wistrich
12                                     United States Magistrate Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28